**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-23070-Civ-COOKE/TORRES

Consumer Financial Protection Bureau,

      Plaintiff,

      v.

ORION PROCESSING, LLC, a Texas limited
liability company d/b/a World Law Processing,
Wld Credit Repair, and World Law Debt;
FAMILY CAPITAL INVESTMENT &
MANAGEMENT LLC, a Delaware limited
liability company a/k/a FCIAM Property
Management; WORLD LAW DEBT SERVICES,
LLC, a Delaware limited liability company;
WORLD LAW PROCESSING, LLC, a Delaware
limited liability company; DERIN SCOTT,
an individual; DAVID KLEIN, an individual;
and BRADLEY JAMES HASKINS, individually
and d/b/a World Law Group, LLP. World Law
Group America, LLP, WLD Price Global, Inc.,
World Law Forms and Mediation, and World
Law South;

      Defendants.

SHANNON SCOTT, an individual,

      Relief Defendant

**REPORT AND RECOMMENDATION**
**ON PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction [D.E. 4; *see also* D.E. 23] and having set an evidentiary hearing on August 28, 2015 where no party to this Report and Recommendation was present to oppose the entering of a preliminary injunction, it is **HEREBY RECOMMENDED** that the attached

Preliminary Injunction be entered no later than September 3, 2015.

Pursuant to Local Magistrate Rule 4(b), the Court finds good cause to expedite objections to this Report and Recommendation to no later than September 1, 2015. Objections, if any, shall be served and filed with the Honorable Marcia Cooke by September 1, 2015. Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein. *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Duggar*, 847 F.2d 745 (11th Cir. 1988); *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (en banc); 28 U.S.C. § 636(b)(1).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 28th day of August, 2015.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge