UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 15-23070-Civ-COOKE/TORRES

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

ORION PROCESSING, LLC, a Texas limited liability company d/b/a World Law Processing, Wld Credit Repair, and World Law Debt; FAMILY CAPITAL INVESTMENT & MANAGEMENT LLC, a Delaware limited liability company a/k/a FCIAM Property Management; WORLD LAW DEBT SERVICES, LLC, a Delaware limited liability company; DERIN SCOTT, an individual; DAVID KLEIN, an individual; and BRADLEY JAMES HASKINS, individually and d/b/a World Law Group, LLP, World Law Group America, LLP, WLD Price Global, Inc., World Law Forms and Mediation, and World Law South,

    Defendants.

SHANNON SCOTT, an individual,

    Relief Defendant.
_____/

## DEFENDANT DAVID KLEIN'S NOTICE OF LEGAL AUTHORITY

PLEASE TAKE NOTICE that counsel for Defendant David Klein shall be relying on the following legal authority in connection with the September 9, 2015 hearing on Plaintiff's *Ex Parte* Emergency Motion for a Temporary Restraining with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not be Issued (D.E. 4):

1. *Commodity Futures Trading Com'n v. Sidoti*, 178 F.3d 1132, 1138 (11th Cir. 1999);

2. *Securities and Exchange Commission v. Wills*, 472 F.Supp. 1250, 1276 (D.D.C. 1978);

3. *Reebok Intern. Ltd. v. Marnatech Enterprises, Inc.*, 737 F.Supp. 1521, 1527-28 (S.D. Cal. 1989);

        Respectfully submitted,

        **Fox Rothschild LLP**
        *Counsel for Defendant David Klein*
        One Biscayne Tower
        2 S. Biscayne Blvd., Suite 2750
        Miami, Florida 33131
        Telephone: (305) 442-6547

        By: *s/Joseph A. DeMaria*
            **Joseph A. DeMaria, B.C.S.,**
            Florida Bar No. 764711
            Email: jdemaria@foxrothchild.com

        **and**

        **Fox Rothschild LLP**
        *Counsel for Defendant David Klein*
        1225 17th Street
        Suite 2200
        Denver, CO 80202
        Telephone: (303) 446-3864

        By: *s/Jeffrey Cohen*
            **Jeffrey Cohen**
            Email: JCohen@FoxRothschild.com
            (*Admitted Pro Hac Vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that on **September 8, 2015**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/Joseph A. DeMaria*
          COUNSEL

**SERVICE LIST**
**(Case No.: 1:15-CV-23070-COOKE/TORRES)**

**CARA PETERSEN**
Deputy Enforcement Director for Litigation

**JAMES SUGARMAN**
Assistant Litigation Deputy for Litigation

**LAURA SCHNEIDER**
  (E-mai1: laura.schneider@cfpb.gov)
  (Phone: 202-435-7311)
**WHITNEY CASE**
  (E-mai1: whitney.case@cfpb.gov)
  (Phone: 202-435-7371)
**ERIN MARY KELLY**
  (Email: erln.kelly@cfpb.gov)
  (Phone: 202-435-7367)
1625 I Street, NW
Washington, DC 20006
Fax: (202) 435-7722

*Attorneys for Plaintiff*

F ox R othschild LLP

ACTIVE 31455315v1