UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23070-Civ-COOKE/TORRES

CONSUMER FINANCIAL PROTECTION
   BUREAU

      Plaintiff,

      v.

ORION PROCESSING, LLC, a Texas limited liability company, d/b/a World Law Processing, Wld Credit Repair, and World Law Debt; FAMILY CAPITAL INVESTMENT & MANAGEMENT LLC, a Delaware limited liability company, a/k/a FCIAM Property Management; WORLD LAW DEBT SERVICES, LLC, a Delaware limited liability company; WORLD LAW PROCESSING, LLC, a Delaware limited liability company; DERIN SCOTT, an individual; DAVID KLEIN, an individual; and BRADLEY JAMES HASKINS, individually and d/b/a World Law Group, LLP, World Law Group America, LLP, WLD Price Global, Inc., World Law Forms and Mediation, and World Law South,

      Defendants,

Shannon Scott, an individual,

      Relief Defendant.

**EXTENSION OF THE TEMPORARY RESTRAINING ORDER FOR DEFENDANTS DERIN SCOTT, DAVID KLEIN, FAMILY CAPITAL INVESTMENT & MANAGEMENT LLC, AND RELIEF DEFENDANT SHANNON SCOTT**

1

This Court held a show-cause hearing on September 9, 2015. Taking into account the parties' motions, submitted authorities, arguments in open court, and all relevant portions of the record, the Court finds that for good cause shown, Plaintiff's oral motion to extend the Temporary Restraining Order [D.E. 12; 27] until the date of entry of a preliminary injunction as to Defendants Derin Scott, David Klein, Family Capital Investment & Management LLC, and Relief Defendant Shannon Scott, is hereby **GRANTED** as follows:

### *I.     BACKGROUND*

Plaintiff, the Consumer Financial Protection Bureau (hereinafter "the Bureau"), commenced this civil action on August 17, 2015, under the Consumer Financial Protection Act of 2010 ("CFPA"), 12 U.S.C. §§ 5531(a), 5536(a), 5564(a), and 5581, and under the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6102(c)(2), 6105(d), alleging Defendants violated the CFPA and the Telemarketing Sales Rule (TSR), 16 C.F.R. pt. 310 in connection with the marketing and sale of debt relief services. The Complaint seeks preliminary and permanent injunctive relief, rescission or reformation of contracts, the refund of monies paid, restitution, disgorgement of ill-gotten monies, the appointment of a Receiver, and other equitable relief, as well as civil money penalties. The Bureau also moved *ex parte* for a temporary restraining order under Federal Rules of Civil Procedure Rule 65(b).

On August 18, 2015, this Court granted the Bureau's motion and entered the Temporary Restraining Order ("TRO") [D.E. 12], which included an asset freeze,

injunctive relief, and other equitable relief and set a hearing on Plaintiff's motion for an order to show cause why a preliminary injunction should not issue (PI Motion). On August 28, 2015, this Court held the show cause hearing and upon stipulation of the parties, on September 1, 2015, extended the TRO with the appointment of a temporary Receiver ("Stipulated TRO Extension"). [D.E. 27]. On September 9, 2015 this Court held the show cause hearing. Subsequent to this Order, the Court will be filing a Report and Recommendation recommending entry of a preliminary injunction on the same matters, with objections, if any, due by Friday, September 11, 2015.

Accordingly, the Court finds good cause to extend the TRO and the Stipulated TRO Extension until the District Judge rules on the Bureau's Motion for a Preliminary Injunction.

**IT IS THEREFORE ORDERED** that the TRO and Stipulated TRO Extension entered by this Court [D.E. 12 and D.E. 27] are hereby extended as to Defendants Family Capital Investment & Management LLC, Derin Scott, David Klein, and Relief Defendant Shannon Scott until the District Court rules on Plaintiff's Motion for a Preliminary Injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of September, 2015.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge

3