UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSUMER FINANCIAL PROTECTION BUREAU

CASE NUMBER
1:15−cv−23070−MGC

PLAINTIFF(S)

v.

ORION PROCESSING, LLC, et al.,

DEFAULT BY CLERK F.R.Civ.P.55(a)

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Family Capital Investment &Management LLC**
**World Law Debt Services, LLC**
**World Law Processing, LLC**

as of course, on the date December 21, 2015.

STEVEN M. LARIMORE
CLERK OF COURT

By   /s/ *Juan Ulacia*
Deputy Clerk

cc:  Judge Marcia G. Cooke
    Consumer Financial Protection Bureau

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)