UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23070-Civ-COOKE/TORRES

Consumer Financial Protection Bureau,
    Plaintiff,

v.

ORION PROCESSING, LLC, a Texas limited liability company, d/b/a World Law Processing, Wld Credit Repair, and World Law Debt; FAMILY CAPITAL INVESTMENT & MANAGEMENT LLC, a Delaware limited liability company, a/k/a FCIAM Property Management; WORLD LAW DEBT SERVICES, LLC, a Delaware limited liability company; WORLD LAW PROCESSING, LLC, a Delaware limited liability company; DERIN SCOTT, an individual; DAVID KLEIN, an individual; and BRADLEY JAMES HASKINS, individually and d/b/a World Law Group, LLP, World Law Group America, LLP, WLD Price Global, Inc., World Law Forms and Mediation, and World Law South;
    Defendants,

Shannon Scott, an individual,

    Relief Defendant.

### JOINT MOTION OF PLAINTIFF AND DEFENDANTS DERIN SCOTT AND DAVID KLEIN AND RELIEF DEFENDANT SHANNON SCOTT TO ENTER STIPULATED FINAL JUDGMENT AND ORDER

    Plaintiff, the Consumer Financial Protection Bureau ("Bureau") and Defendants Derin Scott and David Klein ("Settling Defendants") and Relief Defendant Shannon Scott ("Relief Defendant"), jointly request that the Court enter the proposed Stipulated Final Judgment and Order against Defendants Derin Scott and David Klein and Relief Defendant Shannon Scott (proposed Final Order), attached as Exhibit A.

1

In support of this motion, the moving parties hereby notify the Court that they have reached an agreement to settle this case subject to, and in accordance with, the terms of the proposed Final Order.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Plaintiffs, Settling Defendants, Relief Defendant, and the Receiver certify that prior to filing this motion they made a reasonable effort to confer with all parties who may be affected by the relief requested herein. Counsel for all relevant parties have indicated that they do not object to the entry of an order granting the relief requested herein.

Dated: July 19, 2016

Respectfully submitted,

CARA PETERSEN
Deputy Enforcement Director
For Litigation

JAMES T. SUGARMAN
Assistant Litigation Deputy

*/s/ Laura Schneider*
LAURA SCHNEIDER, NY Bar# 2715449
S.D. Fla. Bar #77828
 (E-mail: laura.schneider@cfpb.gov)
 (Phone: 202-435-7311)
WHITNEY CASE, DC Bar #501296
S.D. Fla. Special Bar #A5502103
 (E-mail: whitney.case@cfpb.gov)
 (Phone: 202-435-7371)
EDWARD S. KEEFE
S.D. Fla. Special Bar# A5502161
 (E-mail: edward.keefe@cfpb.gov)
 (Phone: 202-435-9198)
1625 I Street, NW
Washington, DC 20006
Fax: (202) 435-7329

2

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

FOR DEFENDANT DERIN SCOTT:

_____
Derin Scott
4621 Doris Drive
New Smyrna Beach, FL 32316
Email: derinscott@yahoo.com

FOR DEFENDANT DAVID KLEIN:

_____
David Klein
5901 Taylor Draper Cv.
Austin, TX 78759
Email: texasusa2@gmail.com

FOR RELEIF DEFENDANT SHANNON SCOTT:

_____
Shannon Scott
4621 Doris Drive
New Smyrna Beach, FL 32316
Email: smdscott@me.com

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

FOR DEFENDANT DERIN SCOTT:

_____
Derin Scott
4621 Doris Drive
New Smyrna Beach, FL 32316
Email: derinscott@yahoo.com

FOR DEFENDANT DAVID KLEIN:

*/s/ David Klein*
David Klein
5901 Taylor Draper Cv.
Austin, TX 78759
Email: texasusa2@gmail.com

FOR RELEIF DEFENDANT SHANNON SCOTT:

_____
Shannon Scott
4621 Doris Drive
New Smyrna Beach, FL 32316
Email: smdscott@me.com

3

Scanned by CamScanner

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel who have identified themselves to Plaintiff or who have entered an appearance in this matter, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

David Klein
texasusa2@gmail.com
5901 Taylor Draper Cv.
Austin, TX 78759

Shannon Scott
smdscott@me.com
4621 Doris Drive
New Smyrna Beach, FL 32316

Derin Scott
derinscott@yahoo.com
4621 Doris Drive
New Smyrna Beach, FL 32316

For Receiver Robb Evans & Associates LLC
Gary Owen Caris
Diamond McCarthy LLP
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA90067
(424) 278-2333
Gcaris@diamondmccarthy.com

Lesley Anne Hawes
Diamond McCarthy LLP
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA90067
(424) 278-2332
Lhawes@diamondmccarthy.com

      Respectfully submitted,
      */s/ Laura Schneider*
LAURA SCHNEIDER, NY Bar #2715449
S.D. Fla. Bar #77828
(E-mail: laura.schneider@cfpb.gov) (Phone: 202-435-7311)
1625 I Street, NW Washington, DC 20006
Fax: (202) 435-7722

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*

5