UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23070-Civ-COOKE/TORRES

Consumer Financial Protection Bureau,
    Plaintiff,

v.

ORION PROCESSING, LLC, a Texas limited liability company, d/b/a World Law Processing, Wld Credit Repair, and World Law Debt; FAMILY CAPITAL INVESTMENT & MANAGEMENT LLC, a Delaware limited liability company, a/k/a FCIAM Property Management; WORLD LAW DEBT SERVICES, LLC, a Delaware limited liability company; WORLD LAW PROCESSING, LLC, a Delaware limited liability company; DERIN SCOTT, an individual; DAVID KLEIN, an individual; and BRADLEY JAMES HASKINS, individually and d/b/a World Law Group, LLP, World Law Group America, LLP, WLD Price Global, Inc., World Law Forms and Mediation, and World Law South;
    Defendants,

Shannon Scott, an individual,

    Relief Defendant.

**PLAINTIFF'S SUPPLEMENTAL STATUS REPORT REGARDING DISTRIBUTION OF FUNDS TO CONSUMERS**

    Plaintiff, the Bureau of Consumer Financial Protection ("Bureau") provides this supplemental status report as per the Court's August 2, 2018 Order (Docket No. 202) to provide any further information to the Court regarding the actions taken to distribute monies to the consumer victims in this case. As previously reported to the Court, the monies collected by the Bureau and the Court-appointed Receiver ("Receiver") from the Defendants in this case, totaling $8,170,633, were insufficient to fully compensate the consumer victims. As a result, the Bureau

1

allocated funds to compensate these victims from the Civil Penalty Fund[1] in accordance with the Bureau's Civil Penalty Fund rule, 12 C.F.R. pt. 1075.

The Bureau's July 26, 2018 Status Report Regarding Distribution of Funds to Consumers (Docket No. 201), reported that in February, 2018, the Bureau mailed a total of $98,383,236 in checks to 22,282 consumer victims in this case and that 87% of those checks had been cashed. The only update to report is that to date, 88% have been cashed.

Dated: October 30, 2018

Respectfully submitted,

BUREAU OF CONSUMER FINANCIAL PROTECTION

KRISTEN A. DONOGHUE
Enforcement Director

JOHN C. WELLS
Deputy Enforcement Director for Litigation

JAMES T. SUGARMAN
Assistant Litigation Deputy

*/s/ Laura Schneider*
LAURA SCHNEIDER, NY Bar# 2715449
S.D. Fla. Bar #77828
 (E-mail: laura.schneider@cfpb.gov)
 (Phone: 202-435-7311)
1700 G Street, NW
Washington, DC 20552
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

---

[1] As explained to the Court at the February 9, 2018 status conference, Congress established the Civil Penalty Fund through the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 to provide compensation to consumers who have been harmed by violations of federal consumer financial protection law. *See* 12 U.S.C. § 5497(d). When the Bureau collects a civil penalty through an enforcement action, that penalty is deposited into the Civil Penalty Fund. The money in the Fund is pooled and can be used to compensate victims who haven't received full compensation for their harm through redress paid by the defendant in their case.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel or parties of record on the Service List below via CM/ECF or electronic mail.

For Receiver Robb Evans & Associates LLC
Gary Owen Caris
BARNES & THORNBURG LLP
2029 Century Park, East, Suite 300
Los Angeles, CA 90067
(310 284-3880)
Gcaris@btlaw.com

Merrick L. Gross, Fla. Bar No. 716677
Yolanda P. Strader, Fla. Bar No. 70212
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower, 100 S.E. 2nd St., Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
mgross@carltonfields.com
powers@carltonfields.con
ystrader@carltonfields.com
Local Counsel for Receiver

For the Orion Processing, LLC Trustee
Steve Turner
610 West 5th Street, Suite 602
Austin, Texas 78701
Telephone: (512) 687-2500
SteveT@bdfgroup.com

Mark C. Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Mark.Taylor@wallerlaw.com

**David Klein, pro se**
9312 Knoll Crest Loop
Austin, TX 78759
Email: texasusa2@gmail.corn

Derin Scott, pro se
4621 Doris Drive
New Smyrna Beach, FL 3231.6
Email: derinscott@yahoo.com
Shannon Scott, pro se
4621 Doris Drive
New Smyrna Beach, FL 32316
Email: smdscott@me.com

Respectfully submitted,
 /s/ Laura Schneider
LAURA SCHNEIDER, NY Bar #2715449
S.D. Fla. Bar #77828
(E-mail: laura.schneider@cfpb.gov)
(Phone: 202-435-7311)
1700 G Street, NW
Washington, DC 20552
*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

4